JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY L. PICKENS, JR., | Case No. EDCV 08-1362-CAS (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| F. GONZALEZ, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: 1/8/10

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE